# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEMPER INDEPENDENCE COMPANY,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

Case No.  1:25-cv-01545-JLT-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 8)

On April 30, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 8).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

UNITED STATES MAGISTRATE JUDGE